**DENY; and Opinion Filed October 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01270-CV

### IN RE KIMBERLY ASHMORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-03869**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate the portions of the trial court's September 28, 2015 decree of divorce with respect to the award of the exclusive right to designate the primary residence of the children who are the subject of this suit affecting the parent-child relationship. Relator further requests that the court order the trial court to sign a decree that awards the right to designate the residence of the children to relator and that child support be adjusted accordingly. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).[1]

---

[1] We note that absent filing of a timely motion that extends appellate deadlines, the deadline for filing a notice of appeal was October 28, 2015. It does not appear relator has filed a notice of appeal. A party with an available appeal who fails to pursue that remedy ordinarily is not entitled to seek relief by mandamus. *See Pat Walker & Co., Inc. v. Johnson*, 623 S.W.2d 306, 309 n.1 (Tex. 1981) (orig. proceeding); *In re Pannell*, 283 S.W.3d 31, 35 (Tex. App.—Fort Worth 2009, orig. proceeding).

We conclude relator has failed to establish a right to relief.  Accordingly, we deny the petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

151270F.P05